UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALINAS, on behalf of himself and the Class members,<br><br>        Plaintiff,<br><br>vs.<br><br>NESTLE PURINA PETCARE COMPANY; NESTLE USA, INC.;<br><br>        Defendant. | Case No.    1:21-CV-01140-NONE-JLT<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**(Doc. 7)** |

The parties have stipulated to allow the defendants additional time to respond to the complaint because they are pursuing resolution of the case. (Doc. 7). Good cause appearing, the Court **ORDERS**:

1. The stipulation is **GRANTED**. The defendants **SHALL** file their responsive pleading no later than October 4, 2021.

IT IS SO ORDERED.

    Dated:   **September 17, 2021**                    _ **/s/ Jennifer L. Thurston**
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE

---

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

Mitchell Silberberg & Knupp LLP

13503661.1