UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALINAS, on behalf of himself and the Class members,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NESTLÉ PURINA PETCARE COMPANY; NESTLÉ USA, INC.;<br><br>　　　　　Defendant. | Case No.　　1:21-CV-01140-NONE-JLT<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES**<br><br>(Doc. 13) |

　　　The parties report they are intent upon engaging in mediation but have not yet selected their neutral. (Doc. 13). The seek to have the mandatory scheduling conference continued to allow them to complete the mediation process. Id. Thus, the Court **ORDERS**:

　　　1.　　The stipulation is **GRANTED**. The mandatory scheduling conference is **CONTINUED** to **February 28, 2022** at 9:00 a.m.  The joint scheduling report **SHALL** be filed at least five court days in advance.

　　　2.　　**Within 30 days**, the parties **SHALL** file a joint report detailing who will act as the mediator and when the mediation will occur.

///

3. **Within 10 days** of the completion of the mediation, the parties **SHALL** file a notice of settlement or a joint report detailing the status of the action.

IT IS SO ORDERED.

Dated:   **October 5, 2021**                            _ **/s/ Jennifer L. Thurston**
                                                                   CHIEF UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES**