KEVIN E. GAUT (SBN 117352), keg@msk.com
EMMA LUEVANO (SBN 198421), eyl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
Nestle Purina PetCare Company
and Nestlé USA, Inc.

SCHNEIDER WALLACE COTTRELL KONECKY LLP
CAROLYN H. COTTRELL (SBN 166977), ccottrell@schneiderwallace.com
ORI EDELSTEIN (SBN 268145), oedelstein@schneiderwallace.com
ANDREW WEAVER (SBN 318935), aweaver@schneiderwallace.com
PHILIPPE M. GAUDARD (SBN 331744), pgaudard@schneiderwallace.com
2000 Powell St., Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiff
Emmanuel Salinas, on behalf of the
State of California and Aggrieved Employees

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALINAS, on behalf of himself and the Class members,<br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ PURINA PETCARE COMPANY; NESTLÉ USA, INC.,<br><br>Defendants. | Case No.: 1:21-CV-01140-JLT-BAK (BAM)<br>Judge: Hon. Jennifer L. Thurston<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE STATUS CONFERENCE UNTIL AFTER MEDIATION DATE** |

**[PROPOSED] ORDER**

The Court has reviewed and considered the Joint Stipulation to Continue the March 24, 2022 Status Conference. Good cause appearing, the Court GRANTS the Stipulation and ORDERS that the Status Conference set for March 24, 2022 be continued to May 4, 2022 at 8:30 a.m. The joint scheduling report SHALL be filed at least a week in advance. The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required. If the parties file a notice of settlement or other dispositive documents prior to the conference, then the conference will be vacated.

IT IS SO ORDERED.

Dated: **March 3, 2022**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

Mitchell Silberberg & Knupp LLP

2          CASE NO. 1:21-cv-01140-JLT-BAK
**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE STATUS CONFERENCE UNTIL AFTER MEDIATION DATE**
13992776.1