1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALINAS, on behalf of himself and the Class members,<br><br>    Plaintiff,<br><br>vs.<br><br>NESTLE PURINA PETCARE COMPANY; NESTLE USA, INC.;<br><br>    Defendants. | Case No.: 1:21−CV−01140−JLT−BAK (BAM)<br><br>Judge: Hon. Jennifer L. Thurston<br><br>**[PROPOSED]** **ORDER DISMISSING DEFENDANT NESTLÉ USA, INC. WITHOUT PREJUDICE**<br><br>Action Filed:    July 26, 2021 |

## [PROPOSED] ORDER

Currently before the Court is a stipulation for voluntary dismissal of Defendant Nestlé USA, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation is signed and dated by Plaintiff and counsel for Defendant and indicates Defendant shall bear its own litigation costs and attorney's fees.

Accordingly, Defendant Nestlé USA, Inc. is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to terminate Defendant Nestlé USA, Inc.

IT IS SO ORDERED.

Dated:   **June 3, 2022**              /s/ *Barbara A. McAuliffe*  
                                                        UNITED STATES MAGISTRATE JUDGE