UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALINAS, on behalf of himself and the Class members,<br><br>Plaintiff,<br><br>v.<br><br>NESTLE PURINA PETCARE COMPANY; NESTLE USA, INC.,<br><br>Defendants. | Case No.  1:21-cv-01140-JLT-BAK (BAM)<br><br>**ORDER REGARDING STIPULATION TO AMEND PRELIMINARY SCHEDULING ORDER**<br><br>(Doc. 33)<br><br>**ORDER SETTING STATUS CONFERENCE** |

On September 26, 2022, Plaintiff Emmanuel Salinas and Defendant Nestlé Purina Petcare Company filed a stipulation to vacate all deadlines in the Preliminary Scheduling Order issued on May 4, 2022. (Doc. 33.)  The parties explain that they are scheduled to participate in a second mediation currently scheduled for November 4, 2022, and good cause exists to vacate the current deadlines for class certification to enable the parties to focus on potential resolution of this matter. (*Id.* at 2.)  Additionally, the parties agree that they "will submit a joint scheduling report either (a) proposing new deadlines related to class certification; or (b) proposing deadlines related to any motion for approval of a proposed settlement within seven (7) days of the scheduled mediation." (*Id.* at 3.)

The parties are reminded that settlement discussions do not constitute good cause, and any future requests will be denied on that basis.  Nonetheless, having considered the parties'

1

stipulation, and in the interest of justice, all deadlines in the Court's Preliminary Scheduling Order are HEREBY VACATED.  Within **seven (7) days** after the scheduled mediation, the parties shall file a joint status report informing the Court of the status of mediation and proposing deadlines either for class certification or for any motion for approval of a proposed settlement.  If the Court determines that a status conference is necessary following receipt of the parties' joint status report, then it will set a status conference by separate order.

IT IS SO ORDERED.

Dated: **September 28, 2022**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE