UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALINAS, on behalf of himself and the class members,<br><br>Plaintiff,<br><br>v.<br><br>NESTLE PURINA PETCARE COMPANY, *et al*.<br><br>Defendants. | Case No. 1:21-cv-01140-JLT-CDB<br><br>ORDER ON STIPULATION CONTINUING DEADLINE TO FILE DISPOSTIONAL DOCUMENTS<br><br>(Doc. 46) |

Based on the parties' representations set forth in the pending stipulation seeking an extension of time to file dispositional documents (Doc. 46), and for good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff shall file any stipulated, amended complaint by March 24, 2023; and
2. The parties shall file dispositional documents by March 24, 2023.

IT IS SO ORDERED.

Dated:  **March 16, 2023**                              _____
UNITED STATES MAGISTRATE JUDGE