1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   EMMANUEL SALINAS, on behalf of          Case No. 1:21-cv-01140-JLT-CDB
     himself and the class members,
12                                           ORDER ON STIPULATION FOR LEAVE TO
                        Plaintiff,           FILE FIRST AMENDED COMPLAINT
13
            v.                               (Doc. 48)
14
     NESTLE PURINA PETCARE
15   COMPANY, *et al.*

16                      Defendants.

17

18          Pending before the Court is the parties' stipulation, filed March 22, 2023, for order

19   granting Plaintiff leave to amend and to file a first amended complaint.  (Doc. 48)

20          Where a party seeks to amend his complaint more than 21 days after an adverse party has

21   responded, the party must first obtain the adverse party's consent or leave of court.  Fed. R. Civ.

22   P. 15(a)(1) & (2).  The Court concludes based on the parties' stipulation that good cause warrants

23   extending to Plaintiff Emmanuel Salinas ("Plaintiff") leave to amend the complaint in the

24   manner proposed in the stipulation.

25          Accordingly, it is HEREBY ORDERED:

26          1.  Plaintiff is granted leave to file the First Amended Complaint (Doc. 48 at Ex. 1), and is

27              directed to file the First Amended Complaint <u>within three days</u> of the date of this Order;

28          2.  Defendant Nestlé Purina Petcare Company's ("Defendant") deadline to file a responsive

pleading shall be stayed pending the Court's order on Plaintiff's motion for final approval of the settlement;

3. In the event the Court denies Plaintiff's motion for preliminary or final approval of the settlement, Defendant's deadline to file their responsive pleading shall be three weeks following the Court's order denying Plaintiff's motion for preliminary or final approval of the settlement;

4. The Court's prior order for the parties to file dispositional documents on or before March 24, 2023 (Doc. 47) is VACATED; and

5. Within five days of the date of filing of the First Amended Complaint, the parties SHALL FILE a motion for preliminary approval of the settlement, or in the alternative, a status report setting forth good cause to extend and a date certain by which such motion will be filed.

IT IS SO ORDERED.

Dated:   **March 23, 2023**

UNITED STATES MAGISTRATE JUDGE