UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALINAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NESTLE PURINA PETCARE COMPANY, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01140-JLT-CDB<br><br>ORDER ON STIPULATION GRANTING *NUNC PRO TUNC* EXTENSION OF TIME FOR PLAINTIFF TO FILE RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>(Doc. 59) |

　　　　Plaintiff Emmanuel Salinas ("Plaintiff") filed a motion for preliminary approval of class action settlement on March 27, 2023. (Doc. 51). On April 19, 2024, the Court denied Plaintiff's motion without prejudice to a renewed motion addressing the Court's concerns. (Doc. 54).

　　　　Approximately two months later (on June 17, 2024), the Court directed the parties within 14 days thereafter to file either a renewed motion for approval of settlement or a joint report setting forth the parties' intentions for continued prosecution or resolution of the action. (Doc. 55). On July 1, 2024, the parties filed a joint status report requesting additional time and the Court extended the filing deadline to July 30, 2024. (Docs. 57, 58).

　　　　On July 30, 2024, the day any renewed motion was due, the parties filed a stipulated request for order granting a second extension of time for Plaintiff to file a renewed motion for preliminary approval of class action settlement. (Doc. 59). In their stipulated representations, the parties seek additional time to complete a final version of the amended settlement agreement and request until August 16, 2024, to file a renewed motion. *Id*.

　　　　In the Eastern District of California, "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." Local

Rule 144(d).  While the Court finds good cause to grant the request, here, it should have become apparent to the parties that they required an extension of time to file a renewed motion well before the July 30, 2024, filing deadline.  The Court disfavors granting relief *nunc pro tunc* and admonishes the parties to exercise better care and to adhere to this Court's Local Rules in all future filings.

    For good cause shown, it is HEREBY ORDERED, Plaintiff shall be granted until August 16, 2024, to file a renewed motion for preliminary approval of class action settlement.  Absent extraordinary circumstances, no further extensions of the filing deadline will be granted.

IT IS SO ORDERED.

Dated:  **July 31, 2024**                               _____
                                                   UNITED STATES MAGISTRATE JUDGE