UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALINAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NESTLE PURINA PETCARE COMPANY, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01140-JLT-CDB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AS TO ATTORNEY MICHELLE S. LIM<br><br>(Doc. 63)<br><br>Clerk of the Court to Update Docket |

On August 20, 2024, counsel for Plaintiff Emmanuel Salinas ("Plaintiff") filed a motion for withdrawal of Michelle S. Lim as counsel of record. (Doc. 63). Plaintiff notes attorney Michelle S. Lim is no longer associated with Schneider Wallace Cottrell Konecky LLP and requests that Ms. Lim be removed from all service lists associated with this case. *Id*. Plaintiff states Carolyn H. Cottrell, Ori Edelstein and Laurel N. Holmes from Schneider Wallace Cottrell Konecky LLP will continue their representation of Plaintiff. *Id*.

Accordingly, IT IS HEREBY ORDERED, the Clerk of the Court is DIRECTED to terminate Michelle S. Lim as counsel of record for Plaintiff.

IT IS SO ORDERED.

Dated:　**September 13, 2024**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE